# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-438 (JRTT/JJG) |
| Plaintiff, | |
| v. | **ORDER SEALING DOCUMENT** |
| KORY STEVEN LOVELAND | |
| Defendant. | |

---

Carol Kayser, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Caroline Durham, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN, for defendant.

This matter comes before the Court on the Government's motion to seal documents [Docket No. 78]. Based upon all the records and proceedings herein,

**IT IS HEREBY ORDERED** that the Government's motion for a sealing order with respect to the motion for preliminary order of forfeiture is **GRANTED**.

DATED: June 16, 2009  
at Minneapolis, Minnesota

                                               _____s/John R. Tunheim_____  
                                                  JOHN R. TUNHEIM  
                                            United States District Judge