**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-438 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| KORY STEVEN LOVELAND, | |
| Defendant. | |

_____

    Carol Kayser, Richard Newberry, and James Alexander, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

    Caroline Durham, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

    This matter is before the Court on the Plaintiff's motion to unseal the preliminary order of forfeiture in connection with this action.

    **IT IS HEREBY ORDERED,** that the Plaintiff's motion [Docket No. 83] is granted. The Preliminary Order of Forfeiture previously filed in this action [Docket No. 82] is unsealed so that the government may complete the forfeiture proceedings in connection with this action.

DATED: August 27, 2009  
at Minneapolis, Minnesota                                        ____s/John R. Tunheim_____  
                                                                            JOHN R. TUNHEIM  
                                                                 United States District Judge