**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-438 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| KORY STEVEN LOVELAND, | |
| Defendant. | |

_____

Carol Kayser, Richard Newberry, Jr., and James Alexander, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Caroline Durham, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court on the defendant's motion to seal document. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the request.

Accordingly, **IT IS HEREBY ORDERED** that the defendant's motion to seal document [Docket No. 86] is **GRANTED**.

DATED: August 31, 2009
at Minneapolis, Minnesota

                                                  ___s/John R. Tunheim_____
                                                     JOHN R. TUNHEIM
                                                United States District Judge